VAUGHAN CLAVEY,
Defendant Below, Appellant,

*vs.*

EQUITABLE TRUST COMPANY, a Corporation of the State of
Delaware, VAUGHAN CLAVEY and GEORGE LODGE, Execu-
tors of the Last Will and Testament of ALFRED D.
PEOPLES, Deceased,
Complainants Below, Appellees,
EQUITABLE TRUST COMPANY, a Corporation of the State of
Delaware, Trustee Under the Last Will and Testament
of ALFRED D. PEOPLES, Deceased, MARY P. HUXLEY,
Executrix of the Last Will and Testament of REBECCA
PEOPLES HALL, MARY P. HUXLEY, REBA HALL SNYDER,
and MORRIS A. STOUT,
Defendants Below, Appellees.

*Supreme Court, On Appeal, September 28, 1942.*

LAYTON, C. J., and RICHARDS, RODNEY, SPEAKMAN, and
TERRY, JJ., sitting.

*C. A. Southerland,* for appellant.

*John J. Morris, Jr.,* for appellee.

*Per Curiam.*

The opinion of the Vice-Chancellor in the court below,
and reported *ante* p. 55, 21 *A.* 2d 719, succinctly expresses
the view of this court. This court adopts such opinion
and upon it and the stipulation of counsel filed in the
record the decree of the court below is affirmed.